No. 11–207. BAILEY, INDIVIDUALLY AND AS THE PERSONAL ADMINISTRATOR FOR THE ESTATE OF BAILEY, DECEASED, AND AS GUARDIAN AD LITEM FOR BAILEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–260. HALL *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 11–266. MASIAS *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 11–269. BLACKSTONE MEDICAL, INC. *v.* UNITED STATES EX REL. HUTCHESON. C. A. 1st Cir. Certiorari denied.

No. 11–288. BOOS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. *v.* AT&T, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–326. SERRANO *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–403. GREEN *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–405. WALDROUP, ADMINISTRATRIX FOR THE ESTATE OF GILLIAM *v.* EMMANUEL. C. A. 11th Cir. Certiorari denied.

No. 11–409. WANG ET AL. *v.* CITY OF PLEASANTON, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–410. RITENOUR ET AL. *v.* OSBORNE. C. A. 11th Cir. Certiorari denied.

No. 11–416. WITHERS ET AL. *v.* DICK'S SPORTING GOODS, INC. C. A. 8th Cir. Certiorari denied.

